IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JARED GLENN BARTH, Defendant. | CR 22–61–M–DWM ORDER |

The United States having moved unopposed to dismiss the indictment in this case without prejudice,

IT IS ORDERED that the motion (Doc. 25) is granted. The indictment in this matter is DISMISSED WITHOUT PREJUDICE. Any outstanding motions are DENIED as MOOT and any trial subpoenas are QUASHED. The trial and all deadlines are VACATED.

DATED this 9th day of March, 2023.

Donald W. Molloy, District Judge
United States District Court